784

No. 529. HOLLAND, ADMINISTRATOR, WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR, v. LOWELL SUN Co. Argued February 4, 5, 1942. Decided March 2, 1942. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Mr. Warner W. Gardner,* with whom *Solicitor General Fahy* and *Messrs. Richard S. Salant, Irving J. Levy,* and *Jacob D. Hyman* were on the brief, for petitioner. *Mr. Elisha Hanson,* with whom *Mr. Frank Goldman* was on the brief, for respondent. *Mr. Victor W. Klein* filed a brief, as *amicus curiae,* in support of respondent.

No. 161. STEWART, ADMINISTRATOR, v. SOUTHERN RAILWAY Co. March 9, 1942. *Per Curiam:* Upon petition for rehearing, it appearing that the case has been settled, the petition is granted and the judgment entered February 16, 1942, 315 U. S. 283, is vacated. The judgment of the Circuit Court of Appeals is reversed with costs and the case is remanded to the District Court with directions to dismiss the suit as moot.